**Order entered February 26, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00151-CV

**INLAND WESTERN DALLAS LINCOLN PARK LIMITED PARTNERSHIP AND RPAI SOUTHWEST MANAGEMENT, LLC, Appellants**

**V.**

**HAI NGUYEN AND MAI NGUYEN, INDIVIDUALS, D/B/A ROMIE'S NAIL BOUTIQUE, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-08114**

## ORDER

Before the Court is appellees' January 9, 2019 motion for rehearing en banc. The Court requests appellants to file a response, if any, **by March 18, 2019.**

/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE